SCAD-12-0001028

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

vs.

DERWIN HAYASHI, Respondent.

---

ORIGINAL PROCEEDING
(ODC 09-075-8798)

ORDER
(By: Recktenwald, C.J., Nakayama, and Pollack, JJ.,
Intermediate Court of Appeals Chief Judge Nakamura,
in place of McKenna, J, recused, and
Intermediate Court of Appeals Associate Judge Fujise,
assigned by reason of vacancy)

Upon consideration of this court's March 19, 2013 order of discipline in Office of Disciplinary Counsel v. Hayashi, SCAD-12-1028, the April 29, 2013, April 21, 2014, May 7, 2014, and July 31, 2014 submissions from Respondent Hayashi, the June 4, 2013 submission from the Office of Disciplinary Counsel, and the May 27, 2014 and July 31, 2014 submissions from Respondent Hayashi's four mentors, it appears Respondent Hayashi has fulfilled all of the conditions of his discipline imposed by this court. The court thanks the Honorable Ronald T.Y. Moon, the

Honorable Marie N. Milks, the Honorable Patrick K.S.L. Yim, and Attorney Calvin Young for their assistance in providing mentoring to Respondent Hayashi. In light of the above,

IT IS HEREBY ORDERED that the present disciplinary matter is concluded. The clerk of the court shall close SCAD-12-1028 in the JIMS system.

DATED: Honolulu, Hawaiʻi, September 15, 2014.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Richard W. Pollack

/s/ Craig H. Nakamura

/s/ Alexa D.M. Fujise

